AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. SA: 11-CR-0166-FB (01) |
| SAMUEL HUERTA | ) | |
| Defendant | ) | |

RECEIVED
USMS W/TX (80)
JAN 17 2012

WARRANTS SA
FILED
JAN 13 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     SAMUEL HUERTA                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

PS 8 VIOLATIONS OF CONDITIONS OF PRETRIAL RELEASE ( SEE ATTACHED PETITION)

Date: 01/17/2012

_____
Issuing officer's signature

City and state:  San Antonio, Texas

Kathy L. Hicks   U.S. Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 1-17-12 , and the person was arrested on *(date)* 1-7-14
at *(city and state)* San Antonio

Date: 1-7-14

_____
Arresting officer's signature

Delgle Weeks
*Printed name and title*