**FILED**
April 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Jaemie Herndon___
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS** | § § § | NO. 5:11-CR-00166-FB-1 |
| **SAMUEL HUERTA** | § | |

## ORDER

On this date came to be considered Defendant's Motion for Early Termination from Probation. After consideration of same, the Court is of this opinion that said Motion is hereby

GRANTED

IT IS HEREBY FURTHER ORDERED the defendant's probation is hereby terminated.

SIGNED and ENTERED on this the  21st  day of  April , 2022.

_____
FRED BIERY
U.S. DISTRICT JUDGE